CIVIL COMPLAINT FORM TO BE USED BY A PRO SE PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARON ANN VANDRUST PE8807

Full Name of Plaintiff Inmate Number:

:Civil No. 1:26-CV-2464.

:(to be filled in by the Clerk's Office)

PA DEPARTMENT OF CORRECTIONS :

Name of Defendant 1( )NO Jury Trial Demand

(X) Demand for Jury Trial

MS L. BLAIR-MORRISON

Name of Defendant 2

MR C. SCHINDLER

Name of Defendant 3

MR. W. FRANTZ

Name of Defendant 4

FILED
HARRISBURG, PA
SEP 29 2026
PER [signature]
DEPUTY CLERK

* GARY AUTEN

Name of Defendant 5
(Print the names of all defendants. If the names of all :
defendants do not fit in this space, you may attach :additional
pages. Do not include addresses in this :section).

1. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓ Civil Rights Action under 42 U.S.C. S 1983 (state, county, or municipal defendants)

✓ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388

(1971) (federal defendants)

✓ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. 1346, against the United States

11. ADDRESSES AND INFORMATION

A.PLAINTIFF

SHARON ANN VANDRIESH

Name (Last, First, MI)

OE 8807

Inmate Number

c/o SCI MUNCY

Place of Confinement

1454 Route 405

Address

MUNCY, PA 17756

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

Pretrial detainee

___ Civilly committed detainee

___ Immigration detainee

X Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant I : PA DEPARTMENT OF CORRECTIONS CHIEF COUNSEL TIMOTHY HOLMES OR OFFICER AUTHORIZED TO RECEIVE SERVICE

Name (Last, First)

HOLMES, TIMOTHY A (OR AGENT AUTHORIZED)

Current Job Title

CHIEF COUNSEL

Current Work Address

1920 Technology Parkway, Mechanicsburg, PA 17050

City, County, State, Zip Code

Defendant 2:

Name (Last, First)
BLAIR-MORRISON, L (MS)

Current Job Title
CORRECTIONAL HEALTHCARE ADMINISTRATOR

Current Work Address
SCI MUNCY 6454 Route 405, Muncy, PA 17756

City, County, State, Zip Code

Defendant 3:
SCHNDLER, C. (MR)

Name (Last, First)
FACILITY GRIEVANCE COORDINATOR

Current Job Title
SCI MUNCY

Current Work Address
6454 Route 405, Muncy, PA, 17756

City, County, State, Zip Code

Defendant 4:

Name (Last, First)
FRANTZ, W (MR)

Current Job Title
SUPERINTENDANT

Current Work Address
SCI Muncy, 6454 Route 405, muncy, PA 17756

City, County, State, Zip Code

Defendant 5:

Name (Last, First)
GRETA AUTEN

Current Job Title
PA · PHYSICIANS ASSISTANT

Current Work Address
SCI Muncy, 6454 Route 405, Muncy, PA, 17756

City, County, State, Zip Code

III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

APRIL 7th – present (AUGUST 2026) AND ONGOING

April 7th/26 - ADMINISTRATION, APRIL-MAY '26 "S" UNIT, MAY-JUNE '26 'J' UNIT JUNE-JULY '26 "I" UNIT JULY-present (AUG 2026); LB/LA "CHOW HALL" April 7/26 - present AUG/2026

April - SEPT 21 2026 willful neglect of peanut allergy by Barth Auten need to be accommodated

B. On what date did the events giving rise to your claim(s) occur?

April 7/2026 AND EVERY (ALL) DAYS SINCE ENTRANCE

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

SEE ATTACHED AFFIDAVIT (EXHIBIT A) UNSWORN

April 7th/2026 OFFERED DEADLY ALLERGEN, CO. KURTZ, APRIL '26, CO JENKS WAS RECKLESS IN HIS TREATMENT/RESPONSE REFERRED TO MEDICAL April 15/26 MEDICAL STAFF JAMIE RICKS issued medical card. MAY '26 J unit J, LA, LB MANAGERS ALL DISREGARDED THE EXTREME DEATHLY ALLERGY OF THE PLAINTIFF. UNIT MANAGER MILLER IGNORED REQUEST FOR ACCOMMODATION, LB/LA MANAGER HAMPTON IGNORED PLEA FOR ATTENTION TO INMATES GETTE/MENDEZ THREATENING PLAINTIFF WITH ALLERGEN, MEDICAL AUG 3rd/6th, 2026 L. BLAIR MORRISON DISREGARDED NEED FOR INTERVENTION, C. SCHINDLER 08/11/26 08/17/26 DISREGARDED, WITH INTENT PLAINTIFF'S SERIOUS MEDICAL NEED, April-present; KITCHEN STAFF SERVED PEANUT BUTTER IN OPEN CONTAINERS TWICE [illegible] JULY WITH "INDIFFERENCE TO SERIOUS MEDICAL NEEDS, WITHOUT ACCOMMODATION TO NEED FOR

AVOIDANCE OF CROSS CONTAMINATION OF PREPARED FOODS. CAPTAIN J. SAVAGE FAILED TO ADDRESS SEVERITY OF THREATS BY INMATES TO RECKLESSLY ENDANGER PLAINTIFF ULTIMATELY RESULTING IN ALLERGIC REACTION AUGUST 18 2026 @ APPROXIMATELY 6:30 AM HAVE REQUESTED ISOLATION (cell) ignored by G. Auten. asked to be provided peanut free meals (SAME). ASKED FOR TRAYS TO BE GUARANTEED NUT FREE. GARRA AUTEN IGNORED SERIOUS medical need.

IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

SEE LETTER (EXHIBIT A) AFFIDAVIT

VIOLATION OF PLAINTIFFS 8th AMENDMENT RIGHT TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT BY BEING "DELIBERATELY & REPEATEDLY INDIFFERENT TO A SERIOUS MEDICAL NEED", DID "INTENTIONALLY INFLICT EMOTIONAL DISTRESS' BY ACTING IN A WAY THAT WAS OUTRAGEOUS FOR THE PURPOSES OF CAUSING EMOTIONAL DISTRESS AND CAUSED MENTAL AND EMOTIONAL INJURY (42 USC 1997 e(e)). THE PLAINTIFF EXHAUSTED ADMINISTRATIVE REMEDIES AND SEEKS INJUNCTIVE RELIEF (18 USC 42 1997(e)(a) to BE FREE FROM CONTINUED ABUSE AND VOID OF RETALIATION FOR EXERCISING HER RIGHTS.

CASE LAW - ESTELLE V GAMBLE 429 US 97-103 (1976), WEST V ATKINS US 56 57 (1988), FARMER V BRENNAN 511 US 825-836 (1994)

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

ALLERGIC REACTION AUG 15/2026 CAUSED BY INDIFFERENCE

EMOTIONAL DISTRESS EMOTIONAL/MENTAL INJURY (ONGOING) FOR DAILY FEAR OF DISREGARD FOR SAFETY OF PLAINTIFF'S LIFE FROM April 7/26 - present AUG 20/26

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

IMMEDIATE ACCOMODATION BY PROVISION OF LIFE SAVING MEDICATION - EPIPEN/PREDN

IMMEDIATE ACCOMODATION OF KITCHEN STAFF TO PREPARE PEANUT FREE MEALS AND/OR REMOVAL OF PEANUT BUTTER ON HOUSING UNIT AND/OR Monetary relief to purchase peanut free meals AND + monetary compensation BETWEEN $5,000,000 - $10,000,000 IN DAMAGES + FREE FROM RETALIATION BY STAFF UNDER PA CONSTITUTION SECTION 26

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires pro se plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Sharon Vandrick

Signature of Plaintiff

August 20/2026

Date

Appendices

| | Page |
|---|---|
| Exhibit A - AFFIDAVIT OF PLAINTIFF | (1) |
| Exhibit B - BLAIR MORRISON COMMUNICATION | (2 |
| EXHIBIT C - G SCHINDLER COMMUNICATIONS | (2) |

Sylvia Rambo
1501 North 6th Street
Harrisburg, PA
17102

Sept 21/2026

Dear Ms Rambo,

RE: 1:26:cv-2464 - modified

Please find attached a revised complaint including Garth Aiken of SCI Muncy, the medical professional at the front of the issue,

Please use this copy with Mr. Aiken included. I will send the Notice of Lawsuit / Waiver of Summons for the modification
Please let me know if you require anything else
Sincerely

Aleem [illegible]
PL-8807

P.S. When will we hear re: appointment of counsel, injunctive relief etc?

Smart Communications/PADOC

SCI-MUNCY

Name SHAWN VANDRUAH

Number PC 8807

PO Box 33028

St Petersburg FL 33733

INMATE MAIL - PA
DEPT OF CORRECTIONS

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 17756 $ 001.07º
02 7W
0008033413 SEP 23 2026

Sylvia Rambo
United States Courthouse
1501 North 6th Street
Harrisburg, PA
17102

RECEIVED
HARRISBURG, PA
SEP 29 2026
PER [signature]
DEPUTY CLERK

17102811O4 C028